JS-6

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**
**EASTERN DIVISION**

| | |
|---|---|
| ABEL HERNANDEZ TORRES<br><br>Petitioner,<br><br>v.<br><br>TODD M. LYONS, et al.,<br><br>Respondents. | Case No. 5:26-cv-04062-DFM<br><br>JUDGMENT |

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's Order Granting in Part Petition for Writ of Habeas Corpus filed on August 6, 2026.

Date: August 10, 2026

DOUGLAS F. McCORMICK
United States Magistrate Judge